UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>LAST CHANCE BUYS, INC., et al.,<br><br>Defendants. | Case No. 17-cv-01172-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS ZOE AJIBOYE AND LAST CHANCE BUYS, INC.**<br><br>Re: Dkt. No. 29 |

The Court has reviewed Magistrate Judge Corley's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. Though Defendant Olubunmi Ajiboye filed a notice of automatic stay pursuant to his petition for Chapter 7 bankruptcy, Dkt. No. 32, the automatic stay extends only to that defendant. *See* Dkt. No. 33; *Boucher v. Shaw*, 572 F.3d 1087, 1093 (9th Cir. 2009). There is no evidence that Defendants Zoe Ajiboye and Last Chance Buys, Inc. have filed for bankruptcy, or that the bankruptcy court has extended the automatic stay to these Defendants. *See Placido v. Prudential Ins. Co. of Am.*, No. C 09-00668 WHA, 2010 WL 334744, at *1 (N.D. Cal. Jan. 22, 2010) ("It is undisputed that both the Plan and Prudential have not filed for bankruptcy and are therefore 'non-debtor' parties. In order to extend the automatic stay to defendants because of their alleged financial connection to the debtor, the extension would have to be issued by the bankruptcy court."). Because the Court finds Judge Corley's Report correct, well-reasoned and thorough, the Court adopts the Report with respect to Defendants Zoe Ajiboye and Last Chance Buys, Inc.

Accordingly, IT IS HEREBY ORDERED that the Motion for Default Judgment is **GRANTED** with respect to Defendants Zoe Ajiboye and Last Chance Buys, Inc. The Clerk shall enter judgment against Defendants Zoe Ajoiboye and Last Chance Buys, Inc. in accordance with

1 the Report and Recommendation.

2 **IT IS SO ORDERED.**

3 Dated: 6/15/2018

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge