UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br>Plaintiff,<br>v.<br>LAST CHANCE BUYS, INC., et al.,<br>Defendants. | Case No. 17-cv-01172-HSG<br><br>**JUDGMENT** |

For the reasons set forth in Magistrate Judge Corley's Report and Recommendation Re Motion for Default Judgment filed on October 31, 2017 and adopted by this Court,

IT IS HEREBY ORDERED AND ADJUDGED

That default judgment is entered against Defendants Zoe Ajoiboye and Last Chance Buys, Inc.

Dated at Oakland, California, this 15th day of June, 2018.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.