UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>LAST CHANCE BUYS, INC., et al.,<br><br>Defendants. | Case No. 17-cv-01172-HSG<br><br>**ORDER RE: BANKRUPTCY STATUS REPORT** |

On June 15, 2018, the Court adopted Magistrate Judge Corley's Report and Recommendation regarding Plaintiff's motion for default judgment as to Defendants Zoe Ajiboye and Last Chance Buys, Inc., and granted Plaintiff's motion with respect to those Defendants. *See* Dkt. Nos. 29, 34. In view of remaining Defendant Olubunmi Ajiboye's Chapter 7 bankruptcy notice, the Court **DIRECTS** Plaintiff and Defendant Ajiboye to meet and confer and submit by Monday, June 25, 2018 a joint statement of no more than five pages regarding the status of the Chapter 7 bankruptcy case. *See* Dkt. No. 32. The statement either should confirm that the parties agree that the stay remains in place or should set out the parties' respective positions on that issue.

**IT IS SO ORDERED.**

Dated: 6/18/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge